Mary L. Pillsbury, appellee, v. Patrick H. Early, administrator of the estate of John Early, deceased, appellant. Gen. No. 30,503.

Appeal from judgment in favor of claimant against estate for work done for decedent. See 240 Ill. App. 419. Appeal from the Circuit Court of Cook county; the Hon. Kickham Scanlan, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1926. Affirmed upon remittitur, otherwise reversed and remanded. Opinion filed June 13, 1927. Rehearing denied June 25, 1927.

John S. Hummer, for appellant; Cyrus Heren, of counsel. Earl J. Walker, for appellee.

Mr. Justice O'Connor delivered the opinion of the court.

---

The Carnegie Company, appellee, v. William S. Tate et al. William S. Tate, appellant. Gen. No. 31,326.

Petition to foreclose building wrecker's lien on premises. Decree for petitioner. Appeal from the Circuit Court of Cook county; the Hon. Hugo M. Friend, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1926. Reversed and remanded with directions. Opinion filed June 13, 1927.

David G. Robertson and W. F. Mayer, for appellant. George E. O. Johnson, for appellee; Claude J. Dalenberg, for Julius Floto, defendant.

Mr. Justice O'Connor delivered the opinion of the court.

---

North American Union, a fraternal beneficiary society, appellant, v. Central Furniture Packing Company, appellee. Gen. No. 31,338.

Appeal from order vacating default judgment for plaintiff in replevin for personalty. Appeal from the Municipal Court of Chicago; the Hon. Albert B. George, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1926. Affirmed. Opinion filed June 13, 1927. Rehearing denied June 25, 1927.

Brannan, Markman & Maloney, for appellant; David B. Maloney and Burrell J. Cramer, of counsel. William G. Lesemann, for appellee.

Mr. Justice O'Connor delivered the opinion of the court.

---

Clair Balfour and Frederick Smye, trading as Balfour, Smye & Company appellees, v. Sarah E. Coyne, appellant. Gen. No. 31,347.

Action for balance due on promissory notes and on goods sold. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. C. H. Douglas, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1926. Affirmed. Opinion filed June 13, 1927.

Edwin D. Lawlor, for appellant; Harry Tobin, of counsel. Henry M. Hagan, for appellees.

Mr. Justice O'Connor delivered the opinion of the court.